

| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| VINCENT M. COSCINO (BAR NO. 122086)<br>A. KENNETH HENNESAY, JR.<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>1900 Main Street, 4th Floor<br>Irvine, CA 92614-7321<br>(949) 553-1515<br>(949) 553-8354<br><br>*Attorney for* BURLINGAME CAPITAL PARTNERS II, L.P. | **FILED**<br>**APR 2 0 2006**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ___ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Terry J. O'Connor<br><br>Debtor(s). | |
|---|---|
| BURLINGAME CAPITAL PARTNERS II, L.P., a California limited partnership,<br><br>Plaintiff(s). | CHAPTER: 7<br><br>CASE NO.: SA 05-19544-ES |
| vs. | ADVERSARY NO.: SA 06-1062 |
| TERRY J. O'CONNOR,<br><br>Defendant(s). | DATE: May 4, 2006<br>TIME: 9:30 a.m.<br>PLACE: 5D |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.   PLEADINGS/SERVICE:**

1.   Have all parties been served?   [x] Yes   [ ] No

2.   Have all parties filed and served answers to the complaint/ counter-complaints/etc.?   [x] Yes   [ ] No

3.   Have all motions addressed to the pleadings been resolved?   [x] Yes   [ ] No

4.   Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?   [x] Yes   [ ] No

5.   If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below *(or on attached page)*:

*(Continued on next page)*

**ORIGINAL**

Joint Status Report - *Page 2*                                    **F 7016-1.1**

| In re Terry J. O'Connor | CHAPTER: 7 |
|---|---|
| | CASE NO.: SA 05-19544-RA |
| Debtor(s). | ADVERSARY NO.: SA 06-1062 |

**B.     READINESS FOR TRIAL:**

1.     When will you be ready for trial in this case?

           Plaintiff                            Defendant

        120 Days                      120 Days

2.     If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

           Plaintiff                            Defendant

        120 Days                      120 Days

3.     When do you expect to complete <u>your</u> discovery efforts?

           Plaintiff                            Defendant

      August 2006                  August 2006

4.     What additional discovery do you require to prepare for trial?

           Plaintiff                            Defendant

**C.     TRIAL TIME:**

1.     What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

           Plaintiff                            Defendant

        2-3 Days                      2-3 Days

2.     How many witnesses do you intend to call at trial (including opposing parties)?

           Plaintiff                            Defendant

        4-6                          4-6

3.     How many exhibits do you anticipate using at trial?

           Plaintiff                            Defendant

        20-25                      Unknown

*(Continued on next page)*

*Revised August 2005*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **F 7016-1.1**

| Joint Status Report - *Page 3* | F 7016-1.1 |
|---|---|

| In re Terry J. O'Connor | CHAPTER: 7 |
|---|---|
| | CASE NO.: |
| | SA 05-19544-RA |
| | ADVERSARY NO.: |
| Debtor(s). | SA 06-1062 |

## D.   **PRE-TRIAL CONFERENCE** :

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<table>
<tr><td align="center">Plaintiff</td><td align="center">Defendant</td></tr>
<tr>
<td>Pre-trial conference <u>x</u> (is)/ _____ (is not) requested. Reasons: <u>Narrow issues for trial.</u></td>
<td>Pre-trial conference <u>x</u> (is)/ _____ (is not) requested. Reasons: _____</td>
</tr>
<tr><td align="center">Plaintiff</td><td align="center">Defendant</td></tr>
<tr>
<td>Pre-trial conference should be set <u>after</u>:<br><br>(date) _____</td>
<td>Pre-trial conference should be set <u>after</u>:<br><br>(date) _____</td>
</tr>
</table>

## E.   **SETTLEMENT**:

1.   What is the status of settlement efforts? Pre-filing settlement discussions failed. No further settlement discussions.

2.   Has this dispute been formally mediated?     ☐ Yes     ☒ No
If so, when?

3.   Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes   ☒ No | ☒ Yes   ☐ No |

*(Continued on next page)*

*Revised August 2005*  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.  **F 7016-1.1**

Joint Status Report - *Page 4*                                                  F 7016-1.1

| In re Terry J. O'Connor | CHAPTER: 7 |
|---|---|
| | CASE NO.: SA 05-19544-ES |
| | ADVERSARY NO.: |
| Debtor(s). | SA 06-1062 |

F.   **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

The parties have discussed and are considering consolidation of this adversary proceeding with Python Injections, Inc. v. O'Connor, Adv. No. SA 06-1063-ES.

Respectfully submitted,

Dated: April ____, 2006                                    Dated: April 19, 2006

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP            BROKER & ASSOCIATES PROFESSIONAL CORPORATION
*Firm Name*                                               *Firm Name*

By: _____                     By: _____

Name: A. KENNETH HENNESAY, JR.                           Name: Jeffrey W. Broker

Attorney for: BURLINGAME CAPITAL PARTNERS                 Attorney for: TERRY J. O'CONNOR

Joint Status Report - *Page 4*                                **F 7016-1.1**

| In re Terry J. O'Connor | CHAPTER: 7<br>CASE NO.:<br>SA 05-19544-ES<br>ADVERSARY NO.: |
|---|---|
| Debtor(s). | SA 06-1062 |

**F.**   **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**: *(Use additional page if necessary.)*

The parties have discussed and are considering consolidation of this adversary proceeding with Python Injections, Inc. v. O'Connor, Adv. No. SA 06-1063-ES.

Respectfully submitted,

Dated: April 19 , 2006                                 Dated: April ____ , 2006

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP          BROKER & ASSOCIATES PROFESSIONAL CORPORATION
*Firm Name*                                            *Firm Name*

By: _____                           By: _____

Name: A. KENNETH HENNESAY, JR.                         Name: Jeffrey W. Broker

Attorney for: BURLINGAME CAPITAL PARTNERS              Attorney for: TERRY J. O'CONNOR

*Revised August 2005*  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.  **F 7016-1.1**

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On April 19, 2006, I served on interested parties in said action the within:

**JOINT STATUS REPORT**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Mr. Terry O'Connor            Jeffrey W. Broker, Esq.
10331 Randall Street          Broker & Associates
Orange, CA 92869             18191 Von Karman Avenue
                              Suite 470
                              Irvine, CA 92612-7114

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 19, 2006, at Irvine, California.

Diane M. Armstrong
(Type or print name)                    (Signature)

Allen Matkins Leck
Gamble & Mallory LLP
attorneys at law

765463.01/OC

PROOF OF SERVICE