VINCENT M. COSCINO (BAR NO. 122086)
A. KENNETH HENNESAY, JR. (BAR NO. 187531)
JAMES A. TIMKO (BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Telephone:  (949) 553-1313
Facsimile:  (949) 553-8354
E-Mail:  vcoscino@allenmatkins.com
         khennesay@allenmatkins.com
         jtimko@allenmatkins.com

Attorneys for Plaintiff
BURLINGAME CAPITAL PARTNERS II, L.P.





UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re | Case No. SA 05-19544-ES |
|---|---|
| TERRY J. O'CONNOR, | Chapter 7 |
| Debtor. | Adv. No.  SA 06-1062-ES |
| Taxpayer's Identification No. XXX-XX-3199 | **STIPULATION APPROVING SETTLEMENT; AND ORDER THEREON** |
| BURLINGAME CAPITAL PARTNERS II, L.P., a Delaware limited partnership, | |
| Plaintiff, | |
| v. | |
| TERRY J. O'CONNOR, | |
| Defendant. | |

This stipulation is entered into by and between Plaintiff

Burlingame Capital Partners II, L.P., a Delaware limited

partnership ("Burlingame"), and Debtor/Defendant Terry J.

O'Connor ("O'Connor"), with respect to the following facts:

ORIGINAL

## RECITALS

A. On or about October 11, 2005, the Debtor filed his voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code").

B. On January 6, 2006, Burlingame filed a timely complaint instituting the above captioned adversary proceeding (the "Complaint") in O'Connor's bankruptcy case seeking to determine the nondischargeability of a debt of at least $4,000,000, plus interest ("Burlingame's Claim") under sections 523(a)(2) and (6) of the Bankruptcy Code.

C. The Complaint alleges that Burlingame sustained damages resulting from fraudulent actions, the use of false financial statements, and willful and malicious injuries caused by O'Connor while he was majority shareholder and/or officer of Python Injections, Inc. ("Python").

**NOW THEREFORE**, the parties wishing to end this litigation and seeking to be legally bound hereby, Burlingame and O'Connor stipulate, as follows:

## STIPULATION

1. O'Connor agrees that during the period of nine (9) months immediately after Court approval of this Stipulation, (the "Nine Month Period"), O'Connor shall not use any confidential information, knowledge, data or other information of Burlingame relating to products, processes, know how, designs or formulas, test data, compilations, programs, diaries, methods, techniques, customer lists, business plans, employee information, business plans and strategies, or other confidential subject matter pertaining to any business of Python or any of its

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

794212.01/OC

-2-

clients, customers, consultants, licensees or affiliates, obtained or acquired related to any business of Python ("Confidential Information"). Burlingame and O'Connor agree that, for purposes of this Stipulation, Confidential Information will not include information that O'Connor can demonstrate: (i) was already known, or otherwise became, known to the public other than as a result of any act or omission of O'Connor, his agents, or representatives; (ii) was lawfully received by O'Connor from a third party having the right to disseminate the information without restriction on disclosure; or (iii) was voluntarily furnished to others by Python without restriction on disclosure. During the Nine Month Period, O'Connor will be allowed to compete for customers with Python, but no Confidential Information shall be used as part of O'Connor's, any affiliated entities', family members', agents' or other related person or entities' business. In the event of any alleged use by O'Connor of the Confidential Information as set forth above, Burlingame may file a duly noticed Motion for Entry of Judgment requesting that the full amount of Burlingame's Claim (i.e., $4,000,000, plus interest) be immediately deemed nondischargeable under sections 523(a)(2) and (6) of the Bankruptcy Code, if the Court determines, based upon Burlingame's motion and the hearing thereon, that O'Connor has breached the terms of Paragraph 1 of this Stipulation. Burlingame will provide notice of its motion to O'Connor addressed as follows:

Mr. Terry O'Connor
10331 Randall Street
Orange, CA 92869

with a copy to:

> Gregory M. Clement, Esq.
> Burkhalter, Michaels, Kessler & George LLP
> 2020 Main Street, Suite 600
> Irvine, CA 92614

2.   O'Connor hereby stipulates that Burlingame may lodge a proposed form of judgment with the Court that the Court may enter in this adversary proceeding, should the Court rule in Burlingame's favor on its Motion for Entry of Judgment.

3.   Should a judgment not be entered within 90 (ninety) days of the expiration of the Nine Month Period, plus any additional time required for the Court to rule on any Motion for Entry of Judgment timely filed by Burlingame within the Nine Month Period, the Burlingame Claim shall be deemed discharged and Burlingame will submit a notice of stipulated dismissal of this adversary proceeding.   The parties also request that the Court set a status conference request for approximately 90 (ninety) days of the expiration of the Nine Month Period.

4.   In consideration for Burlingame's entry into this Stipulation and upon approval of this Stipulation by the Bankruptcy Court, O'Connor releases and discharges Burlingame, its agents, servants, employees, representatives, accountants, attorneys and successors and assigns, and its property and interests in property, jointly and individually, its successors and assigns, as well as their property and any interest therein, jointly and individually, from any action, right, claim, demand or damage, of any kind or nature other than the obligations set forth in this Stipulation.   To the extent it applies, O'Connor

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

794212.01/OC

-4-

waives its rights under California Civil Code Section 1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

5.   Should any litigation be commenced between Burlingame and O'Connor concerning the enforcement or interpretation of this Stipulation, or any rights and duties hereunder, the Bankruptcy Court shall retain exclusive jurisdiction over any disputes regarding the Stipulation or enforcement of this Stipulation. Should any actions be taken by either party to enforce this Stipulation, the prevailing party may seek their attorney's fees related to such enforcement.

6.   The term "Stipulation," as used herein, will include any future written amendments, modifications, or supplements made hereto; provided, however, that this Stipulation may be modified or amended only by a writing signed by the parties hereto and approved by the Bankruptcy Court.

7.   The term "Paragraph" or "Paragraphs" refers to the paragraph or paragraphs of this Stipulation.

8.   The validity, interpretation, and performance of this Stipulation will be controlled by and construed under the laws of the State of California (without reference to its internal conflicts of law), as well as any applicable United States bankruptcy law.

9.    In the event any provision of this Stipulation is held unenforceable by any court of competent jurisdiction, such holding shall not invalidate or render unenforceable any other provision hereof.

10.    Each party warrants and represents that in executing this Stipulation, such party has either (i) relied upon legal advice from the attorney of that party's choosing and that the terms of this Stipulation have been read and its consequences (including risks, complications, and costs) have been completely explained to that party by its attorney; or (ii) has voluntarily declined to seek such legal advice, and that such party fully understands the terms of this Stipulation.  Each party further acknowledges and represents that, in executing that party's release, it has not relied on any inducements, promises, or representations made by the other party or any party representing or serving the other party.  Each party hereto represents and warrants that this Stipulation is being voluntarily executed by such party without any duress or undue influence of any kind on the part of any person, firm, or entity.

11.    This Stipulation will inure to the benefit of and be binding upon the parties hereto and their respective heirs, successors, assigns, and legal representatives.

12.    By execution of this Stipulation, each signatory warrants and represents that full authority has been given to the signatory by the parties represented by that signatory to enter and execute this Stipulation.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

794212.01/OC

-6-

13.   This Stipulation may be executed in one or more counterparts including facsimile copies, each of which when executed and delivered shall be an original, and all of which when executed shall constitute one and the same instrument.

**AGREED TO AND ACCEPTED BY:**

Dated:   November ___, 2006            ALLEN MATKINS LECK GAMBLE
                                                           MALLORY & NATSIS LLP


By: _____
    JAMES A. TIMKO
    Attorneys for Plaintiff
    BURLINGAME CAPITAL PARTNERS
    II, L.P.


Dated:   November ____, 2006


By: _____
    TERRY J. O'CONNOR
    Defendant In Pro Per

### ORDER

**IT IS HEREBY ORDERED THAT** the foregoing Stipulation is approved in its entirety.

Dated: _____11/29/06_____            _____
                                                         THE HONORABLE ERITHE A. SMITH
                                                         UNITED STATES BANKRUPTCY JUDGE

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

794212.01/OC

13.  This Stipulation may be executed in one or more counterparts including facsimile copies, each of which when executed and delivered shall be an original, and all of which when executed shall constitute one and the same instrument.

**AGREED TO AND ACCEPTED BY:**

Dated:  November __3__, 2006

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:_____
JAMES A. TIMKO
Attorneys for Plaintiff
BURLINGAME CAPITAL PARTNERS
II, L.P.

Dated:  November __6__, 2006

By:_____
TERRY J. O'CONNOR
Defendant In Pro Per

**ORDER**

**IT IS HEREBY ORDERED THAT** the foregoing Stipulation is approved in its entirety.

Dated:_____

_____
THE HONORABLE ERITHE A. SMITH
UNITED STATES BANKRUPTCY JUDGE

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA          )
                             )   ss.:
COUNTY OF ORANGE             )


    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action.  My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

    On November 21, 2006, I served on interested parties in said action the within:

**STIPULATION APPROVING SETTLEMENT; AND ORDER THEREON**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached mailing list and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

    I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

    Executed on November 21, 2006, at Irvine, California.


_____          _____
        Kim Rodriguez                          (Signature)
    (Type or print name)

In re Terry J. O'Connor
Burlingame Capital Partners, II, L.P. v. O'Connor
Adv. Case No. SA-06-1062-ES


## MAILING LIST


**Debtor/Defendant In Pro Per**
Terry J. O'Connor
10331 Randall Street
Orange, CA   92869

Gregory M. Clement, Esq.
Burkhalter, Michaels, Kessler &
George LLP
2020 Main Street, Suite 600
Irvine, California 92614

**Chapter 7 Trustee**
James J. Joseph, Esq.
Danning, Gill, Diamond & Kollitz
2029 Century Park East, 3rd Flr.
Los Angeles, CA   90067-2904


**United States Trustee**
Office of the U.S. Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA   92701

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

794212.01/OC

**NOTE TO USERS OF THIS FORM:**

*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re | CHAPTER  7 |
|---|---|
| Terry J. O'Connor; | |
| Burlingame Capital Partners II, L.P. vs. Terry J. O'Connor   Debtor. | CASE NUMBER: Adv. No. 06-1062-ES |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.  You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:

    STIPULATION APPROVING SETTLEMENT; AND ORDER THEREON

    was entered on *(specify date)*:   12-1-06

2.  I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):   12-1-06

Dated:   12-1-06

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _Elizabeth Steinberg_
                **Deputy Clerk**

In re Terry J. O'Connor
Burlingame Capital Partners, II, L.P. v. O'Connor
Adv. Case No. SA-06-1062-ES


### NOTICE OF ENTRY SERVICE LIST


**Debtor/Defendant In Pro Per**
Terry J. O'Connor
10331 Randall Street
Orange, CA   92869

Gregory M. Clement, Esq.
Burkhalter, Michaels, Kessler &
George LLP
2020 Main Street, Suite 600
Irvine, California 92614

**Chapter 7 Trustee**
James J. Joseph, Esq.
Danning, Gill, Diamond & Kollitz
2029 Century Park East, 3rd Flr.
Los Angeles, CA   90067-2904


**United States Trustee**
Office of the U.S. Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA   92701

**Counsel for Plaintiff**
Vincent M. Coscino, Esq.
A. Kenneth Hennesay, Jr., Esq.
James A. Timko, Esq.
Allen Matkins Leck Gamble
    Mallory & Natsis LLP
1900 Main Street, 5th Floor
Irvine, California   92614-7321

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

794212.01/OC