# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| Debtor(s) Name | For Court Use Only |
|---|---|
| **Plaintiff**<br><br>Burlingame Capital Partners II | **FILED**<br><br>**August 31, 2011**<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY DUA DEPUTY CLERK |
| **Defendant**<br><br>Terry J O'Connor | |
| **Chapter:** 7<br><br>**Case Number:** 8:05–bk–19544–ES<br><br>**Adversary Number:** 8:06–ap–01062–ES | **ORDER CLOSING ADVERSARY PROCEEDING** |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated: 8/31/11*　　　　　　　　　　　　　　　　*By Order of the United States Bankruptcy Court*


**Kathleen J. Campbell**
*Clerk of Court*

14/ DUA